**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WAN SOO CHEE; et al., | No. 06-71952 |
| Petitioners, | Agency Nos. A072-343-669 |
| | A072-343-670 |
| v. | A072-343-671 |
| | A072-343-672 |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 2, 2011[**]

Before:     RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

Wan Soo Chee, Kum Nam Chee, Sung Ae Chee, and Bong Suk Chee,

natives and citizens of South Korea, petition for review of the Board of

Immigration Appeals' order dismissing their appeal from an immigration judge's

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal order.  We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

We reject petitioners' contention that the government failed to establish removability by clear and convincing evidence, because they conceded removability.  *See Young Sun Shin v. Mukasey*, 547 F.3d 1019, 1024 (9th Cir. 2008) ("[W]here the alien concedes removability, the government's burden in this regard is satisfied." (citation and quotation omitted)).

Petitioners' contention that the government should be equitably estopped from ordering their removal is unavailing.  *See Sulit v. Schiltgen*, 213 F.3d 449, 454 (9th Cir. 2000) ("[E]stoppel against the government is unavailable where petitioners have not lost any rights to which they were entitled."); *cf. Salgado-Diaz v. Gonzalez*, 395 F.3d 1158, 1165-68 (9th Cir. 2005).

Petitioners' remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**